# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **ROBERT LYLE HITT,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00341-MR |
| | ) | 1:11-cr-00107-MR-DLH |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 30, 2017 Memorandum or Decision and Order.

January 30, 2017

Frank G. Johns, Clerk
United States District Court